UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. ACKLEY<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>　　　　Defendant. | No. CV-04-04334 CBM (SHx)<br><br>JUDGMENT |

In accordance with Federal Rule of Civil Procedure 58 and *Whitaker v. Garcetti*, 486 F.3d 572, 579 (9th Cir. 2007) (requiring that a judgment must be set forth on a separate document), and consistent with this Court's Order of November 30, 2009, granting the Moving Plaintiffs' Motion for Summary Judgment, hereby **ENTERS JUDGMENT** in the Moving Plaintiffs' favor. Defendant is hereby **ORDERED** to pay the Moving Plaintiffs three years of double overtime pay pursuant to 29 U.S.C. section 207(a).

This Judgment does not apply to individual Plaintiffs Timothy Wilson and Brent Hogue because they were not parties to Plaintiffs' Motion for Summary Judgment.

IT IS SO ORDERED.

DATED: January 13, 2010            By _____
                                         CONSUELO B. MARSHALL
                                         UNITED STATES DISTRICT JUDGE