TERMED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. ACKLEY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, <br><br> Defendant. | CASE NO. CV 04-04334 CBM (SHx) <br><br> **JUDGMENT** |

This action came on for decision before the Court on facts stipulated by the parties, Honorable Consuelo B. Marshall, United States District Judge, presiding, and the issues having been duly decided and findings and conclusions having been duly rendered,

IT IS ORDERED AND ADJUDGED that the following plaintiffs recover of the defendant back wages and liquidated damages in the amounts set forth in the following schedule:

| Plaintiff | Back Wages | Liquidated Damages |
|---|---|---|
| 1. Acevedo, Gregory J. | $74,487.28 | $74,487.28 |

| | | | | |
|---|---|---|---|---|
| 1 | 2. | Alvarez, Angel E. | $39,989.05 | $39,989.05 |
| 2 | 3. | Araiza, Randall | $54,105.39 | $54,105.39 |
| 3 | 4. | Bloch, Steve | $61,492.77 | $61,492.77 |
| 4 | 5. | Brass, Randall W. | $60,403.77 | $60,403.77 |
| 5 | 6. | Burgess, Kevin A. | $21,864.90 | $21,864.90 |
| 6 | 7. | Camacho, Alfred | $4,995.07 | $4,995.07 |
| 7 | 8. | Camunas, Jose R. | $53,625.16 | $53,625.16 |
| 8 | 9. | Carrasco, Ramon S. | $30,878.12 | $30,878.12 |
| 9 | 10. | Coleman, Joseph | $19,473.96 | $19,473.96 |
| 10 | 11. | Crawford, Ricky D. | $84,230.12 | $84,230.12 |
| 11 | 12. | Ducat, William D. | $79,706.42 | $79,706.42 |
| 12 | 13. | Duque, Enrique C. | $42,776.67 | $42,776.67 |
| 13 | 14. | Faulkner, Daniel J. | $36,771.34 | $36,771.34 |
| 14 | 15. | Flores, Pablo | $52,830.66 | $52,830.66 |
| 15 | 16. | Gaeta, Gus | $49,267.21 | $49,267.21 |
| 16 | 17. | Garcia, Cesar A. | $36,884.98 | $36,884.98 |
| 17 | 18. | Garza, Dionisio L. | $82,372.88 | $82,372.88 |
| 18 | 19. | Gasbarri, Henry M. | $34,936.18 | $34,936.18 |
| 19 | 20. | Gonzalez, Juan | $75,002.43 | $75,002.43 |
| 20 | 21. | Gordon, George G. | $51,070.87 | $51,070.87 |
| 21 | 22. | Graciano, Enrique | $63,916.61 | $63,916.61 |
| 22 | 23. | Grijalva, David | $14,577.61 | $14,577.61 |
| 23 | 24. | Gutierrez, Rudy | $48,572.04 | $48,572.04 |
| 24 | 25. | Igawa, Diana | $73,332.21 | $73,332.21 |
| 25 | 26. | Johnson, Matt | $75,561.68 | $75,561.68 |
| 26 | 27. | Karratti, Eldon A. | $36,322.49 | $36,322.49 |
| 27 | 28. | Lazar, Scott | $29,361.43 | $29,361.43 |
| 28 | 29. | Lemus, Alexander | $36,652.46 | $36,652.46 |

| | | | | |
|---|---|---|---|---|
| 1 | 30. | Lenske, Shawn | $ 0.00 | $ 0.00 |
| 2 | 31. | Maldonado, Julio | $81,328.95 | $81,328.95 |
| 3 | 32. | Manresa, Cecil J. | $110,913.90 | $110,913.90 |
| 4 | 33. | Marez, Juan M. | $45,954.73 | $45,954.73 |
| 5 | 34. | Martinez, Manuel | $19,518.94 | $19,518.94 |
| 6 | 35. | Martinez, Oscar | $21,522.87 | $21,522.87 |
| 7 | 36. | Mena, Eduardo L. | $86,601.37 | $86,601.37 |
| 8 | 37. | Mena, Ricardo I. | $57,960.63 | $57,960.63 |
| 9 | 38. | Mendoza, Joe Louis | $88,329.22 | $88,329.22 |
| 10 | 39. | Miranda, David R. | $10,033.12 | $10,033.12 |
| 11 | 40. | Olmedo, Gabriel | $ 9,991.08 | $ 9,991.08 |
| 12 | 41. | Porrata, Tony | $75,357.77 | $75,357.77 |
| 13 | 42. | Rivera, Kristina | $ 9,877.29 | $ 9,877.29 |
| 14 | 43. | Rodriguez, Miguel | $71,778.02 | $71,778.02 |
| 15 | 44. | Sanchez, Jose R. | $25,886.09 | $25,886.09 |
| 16 | 45. | Saunders, Orin | $16,458.52 | $16,458.52 |
| 17 | 46. | Scarvers, Cathleen | $63,152.62 | $63,152.62 |
| 18 | 47. | Spencer, Susan Rae | $ 6,549.36 | $ 6,549.36 |
| 19 | 48. | Thompson, Craig J. | $28,344.99 | $28,344.99 |
| 20 | 49. | Torrez, Edward | $60,042.77 | $60,042.77 |
| 21 | 50. | Valles, Robert A. | $42,472.22 | $42,472.22 |
| 22 | 51. | Vargas, Alberto | $22,594.83 | $22,594.83 |
| 23 | 52. | Wold, Cheromee B. | $41,569.10 | $41,569.10 |
| 24 | 53. | Zajorac, Ljubomir | $30,288.34 | $30,288.34 |
| 25 | | **Totals:** | **$2,451,988.49** | **$2,451,988.49** |

Dated: December 09, 2011

HON. CONSUELO B. MARSHALL

3